# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SCOTTY ROBERSON,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>G4S SECURE SOLUTIONS USA INC.,<br><br>　　　　*Defendant*. | § Civil Action No. 6:22-cv-01169-ADA-<br>§ DTG<br>§<br>§ JURY TRIAL DEMANDED |

## JOINT STATUS REPORT

Plaintiff Scotty Roberson ("Plaintiff"), and Defendant G4S Secure Solutions USA, Inc. ("Defendant"), by and through undersigned counsel, submit this Joint Status Report.

1. This case is related to fifty-one (51) other cases involving the same Defendant and similar workers alleging the same violation of the Fair Labor Standards Act.

2. The Parties have been amicably working together towards resolution of the claims asserted.

3. The Parties are currently engaged in discussions for a potential resolution.

4. The Parties believe because of the numerosity of these matters, they may proceed in tandem together along similar scheduling orders.

5. The Parties respectfully request that this case's scheduling conference be set together with the other cases' scheduling conference to conserve judicial resources.

6. The Parties have prepared a motion for entry of scheduling order and respectfully request that the Court approve of the proposed order.

Dated: August 28, 2023 					Respectfully submitted,

| COUNSEL FOR PLAINTIFFS: | COUNSEL FOR DEFENDANT: |
|---|---|
| **Clif Alexander** <br> Federal I.D. No. 1138436 <br> Texas Bar No. 24064805 <br> clif@a2xlaw.com <br> **Lauren E. Braddy** <br> Federal I.D. No. 1122168 <br> Texas Bar No. 24071993 <br> lauren@a2xlaw.com <br> **Alan Clifton Gordon** <br> Federal I.D. No. 19259 <br> Texas Bar No. 00793838 <br> cgordon@a2xlaw.com <br> **Carter T. Hastings** <br> Federal I.D. No. 3101064 <br> Texas Bar No. 24101879 <br> carter@a2xlaw.com <br> ANDERSON ALEXANDER, PLLC <br> 101 N. Shoreline Blvd., Suite 610 <br> Corpus Christi, Texas 78401 <br> Telephone: (361) 452-1279 <br> Facsimile: (361) 452-1284 | **MARTENSON, HASBROUCK & SIMON LLP** <br> Kelly Eisenlohr-Moul <br> Texas Bar No. 24112896 <br> KEisenlohr-Moul@martensonlaw.com <br> David Hamilton <br> *Seeking Pro Hac Admission* <br> DHamilton@martensonlaw.com <br> 2573 Apple Valley Road NE <br> Atlanta, Georgia 30319 <br> Telephone: 404-909-8100 <br> -and- <br> **VORYS, SATER, SEYMOUR AND PEASE LLP** <br> John S. Collins [TBN 24087327] <br> 909 Fannin Street, Suite 2700 <br> Houston, TX 77010 <br> T: 713.588.7000 <br> jscollins@vorys.com <br> *Counsel for Defendant G4S Secure Solutions USA Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/Carter T. Hastings*
Carter T. Hastings
